# United States Court of Appeals
# for the Federal Circuit

---

February 11, 2020

**ERRATA**

---

Appeal No. 2019-1334

**IN RE:  DENNIS S. FERNANDEZ,**
*Appellant*

Decided:  February 6, 2020
Non-Precedential Opinion

---

Please make the following change:

On page 8, line 17, replace "reversable" with "reversible"